# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY C. DZIEDZIC,<br><br>      Plaintiff,<br><br>v.<br><br>KEVIN SHIELDS HENRY,<br><br>      Defendant. | 2:09-CV-767 JCM (LRL) |

### ORDER

Presently before the court is the matter of *Dziedzic v. Henry* (2:09-cv-00767-JCM-LRL).

On February 19, 2010, this court entered a minute order in chambers ordering the time schedule for filing and serving of the opening brief, answering brief, and final reply brief. The parties in this case have failed to comply with the court's order.

The parties are hereby notified that pursuant to Local Rule 8070, the court will dismiss this matter for non-prosecution within fourteen (14) days of the date of this order. The parties may respond to this notice and proceed with this matter by filing a motion to extend time and an opening brief.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the parties are notified that this case will be dismissed within fourteen (14) days for non-prosecution.

DATED July 16, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**