# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY DZIEDZIC, | 2:09-CV-767 JCM (LRL) |
| Plaintiff, | |
| v. | Date: N/A<br>Time: N/A |
| KEVIN SHIELDS HENRY, | |
| Defendant. | |

### ORDER

Presently before the court is the matter of *Dziedzic v. Henry* (2:09-cv-00767-JCM-LRL).

On February 19, 2010, this court entered a minute order in chambers ordering the time schedule for filing and serving of the opening brief, answering brief, and final reply brief. The parties failed to comply with the court's original order providing a time schedule.

On July 16, 2010, the parties were notified that, pursuant to Local Rule 8070, the court would dismiss this matter for non-prosecution within fourteen (14) days. (Doc. # 10) To date, the parties have not filed a motion to extend time or an opening brief.

Accordingly,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS ORDERED, ADJUDGED, AND DECREED that the parties are notified that the case
2 of *Dziedzic v. Henry* (2:09-cv-00767-JCM-LRL) is DISMISSED, without prejudice.
3  DATED August 2, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -